# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHELLE PREVITE,

   Respondent

   v.

ERIE COUNTY BOARD OF ELECTIONS,

   Petitioner

:   No. 230 WAL 2024
:
:
:
:   Petition for Allowance of Appeal
:   from the **Published Opinion**
:   **and Order** of the Commonwealth
:   Court at No. 814 CD 2023, at
:   320 A.3d 908 (Pa. Cmwlth. 2024)
:   entered on July 31, 2024,
:   **reversing** the Order of the Erie
:   County Court of Common Pleas
:   at No. 12720-2022 entered on
:   June 30, 2023

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of August, 2026, the Petition for Allowance of Appeal is **GRANTED**; the Order of the Commonwealth is **VACATED**; and the matter is **REMANDED** to the Commonwealth Court for reconsideration in light of this Court's decision in *Honey v. Lycoming County Offices of Voter Services*, 355 A.3d 801 (Pa. 2026).